IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02749-MSK-BNB

ADRIENE CALLAHAN,

Plaintiff,

v.

GLOBAL FLIGHT TRAINING INTERNATIONAL, LLC,
GLOBAL FLIGHT TRAINING INTERNATIONAL, INC.,
FTI, INC., and
FLIGHT TRAINING INTERNATIONAL, INC.,

Defendants.

## ORDER

Upon review of the plaintiff's **Status Report** [Doc. # 22] addressing the status of finalization of the settlement of this case:

IT IS ORDERED that on or before **June 28, 2010**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated June 14, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge